# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-10810-SK | Date | June 16, 2020 |
|---|---|---|---|
| Title | Chris Langer v Socal Equity Holdings LLC et al. | | |

Present: The Honorable  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER RE: NOTICE OF SETTLEMENT**

In light of the parties' notice of settlement (ECF 36), this action is ordered administratively closed and removed from the Court's active caseload until further application by the parties or separate court order. The parties shall file a proper stipulation for dismissal within **60 days** of the notice of settlement.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates and deadlines in this action are hereby **VACATED**.

IT IS SO ORDERED.